**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF ) <br> CARPENTERS PENSION FUND, et al, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INSTALLATION 2000, INC. and NATIONAL ) <br> CONTRACT RESOURCE, INC., ) <br> ) <br> Defendants. ) | Case No. 10cv 6288 <br><br> Magistrate Judge Cox |

## MOTION FOR JUDGMENT BY DEFAULT

Now come Plaintiffs, the Chicago Regional Council of Carpenters Pension Fund, et al., by their attorney, Robert T. Oleszkiewicz of Whitfield McGann & Ketterman, and respectfully request that a Judgment by Default be entered against the Defendant, NATIONAL CONTRACT RESOURCE, INC. In support of the motion, the Plaintiffs state as follows:

l.  Plaintiffs filed their Complaint on September 20, 2010 and the Defendant NATIONAL CONTRACT RESOURCE, INC. was served with a copy of the Complaint and Summons.

2.  The Defendant NATIONAL CONTRACT RESOURCE, INC. was declared to be in default under the Federal Rules of Civil Procedure on March 5, 2012.

3.  The Defendant NATIONAL CONTRACT RESOURCE, INC. breached the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon an auditor's review of the hours worked by employees and/or measured by the hours worked by subcontractors during the period of

1

January 1, 2009 through December 31, 2009. As a result, the Defendant owes $204,567.36 in contributions to the Trust Funds as a consequence of this breach.

4. Plaintiffs have been required to employ the undersigned attorneys to secure payment of the unpaid contributions.

5. NATIONAL CONTRACT RESOURCE, INC. is obligated to pay the attorney and auditor fees and court costs incurred by the Plaintiffs pursuant to the Collective Bargaining Agreements, the Trust Agreements and/or 29 U.S.C. §1132(g)(2)(D). The attorney fees and court costs are $19,101.24, while the audit fees are $3,042.00.

6. According to the Collective Bargaining Agreement, the Trust Agreements and/or 29 U.S.C. §1132(g), NATIONAL CONTRACT RESOURCE, INC. is obligated to pay any fringe benefit contributions of $204,567.36 as well as $40,913.48 in liquidated damages and $23,967.63 in interest.

7. Pursuant to 29 U.S.C. §1132(g)(2), Plaintiffs are entitled to an amount equal to the greater of:

    (a)    double interest; or
    (b)    interest plus liquidated damages.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court enter a Judgment Order by Default directing the Defendant NATIONAL CONTRACT RESOURCE, INC. to pay $291,591.71 to the Plaintiffs.

    Respectfully Submitted,

    CHICAGO REGIONAL COUNCIL PENSION FUND et al.
        s/Robert T. Oleszkiewicz
    By: _____
        ROBERT T. OLESZKIEWICZ

Robert T. Oleszkiewicz (6190317)
Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 251-9700 Fax (312) 251-9701